UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MD America Energy, LLC, et al.[1],** | § | **Case No. 20-34966 (DRJ)** |
| | § | |
| Debtors. | § | **(Jointly Administered)** |
| | § | |
| **MEIDU AMERICA, INC.** | § | |
| | § | |
| v. | § | **Adversary No. 20-03456** |
| | § | |
| **MD AMERICA ENERGY HOLDINGS, INC.,** | § | |
| **MD AMERICA INTERMEDIATE HOLDINGS, LLC,** | § | |
| **MD AMERICA HOLDINGS, LLC,** | § | |
| **MD AMERICA ENERGY, LLC,** | § | |
| **MD AMERICA PIPELINE, LLC,** | § | |
| **MD AMERICA FINANCE CORPORATION,** | § | |
| **MC CREDIT FUND I LP,** | § | |
| **MC CREDIT IA LP,** | § | |
| **MC CREDIT FUND II LP,** | § | |
| **MC CREDIT FUND III (DELAWARE) LP,** | § | |
| **MC CREDIT FUND III-U (DELAWARE) LP,** | § | |
| **MC CREDIT FUND III LP,** | § | |
| **ARENA LIMITED SPV, LLC,** | § | |
| **TAO TALENTS, LLC,** | § | |
| **SIXTH STREET SPECIALTY LENDING, INC.,** | § | |
| **PRUDENTIAL LEGACY INSURANCE COMPANY OF NEW JERSEY,** | § | |
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** | § | |
| **LOAN ADMIN CO., LLC,** | § | |
| **MD ADMIN CO., LLC** | § | |
| **ROBERT WARSHAUER, and DONALD RITTER** | § | |

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5493), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5478), MD America Pipeline, LLC and MD America Finance Corporation (8321). Debtors' headquarters is: 301 Commerce Street, Suite 2500 Fort Worth, Texas 76102.

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk: **U.S. Bankruptcy Court**
**515 Rusk Street**
**Houston, TX 77002**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney: **Jarrod B. Martin**
**Chamberlain Hrdlicka**
**1200 Smith Street, Suite 1400**
**Houston, TX 77002**

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*David J. Bradley, Clerk of Court*

Date: November 4, 2020

*s/ Joan Davenport*
Signature of Clerk or Deputy Clerk