UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: § | | Chapter 11 |
| § | | |
| **MD America Energy, LLC, et al.**[1] § | | Case No. 20-34966 (DRJ) |
| § | | |

---

| | | |
|---|---|---|
| **MEIDU AMERICA, INC.** § | | |
| § | | |
| v. § | | Adversary No. 20-03456 |
| § | | |
| **MD AMERICA ENERGY HOLDINGS,** § | | |
| **INC., MD AMERICA INTERMEDIATE** § | | |
| **HOLDINGS, LLC, MD AMERICA** § | | |
| **HOLDINGS, LLC, MD AMERICA** § | | |
| **ENERGY, LLC, MD AMERICA** § | | |
| **PIPELINE, LLC, MD AMERICA** § | | |
| **FINANCE CORPORATION, MC CREDIT** § | | |
| **FUND I LP, MC CREDIT 1A LP, MC** § | | |
| **CREDIT FUND II LP, MC CREDIT** § | | |
| **III (DELAWARE) LP, MC CREDIT** § | | |
| **FUND III-U (DELAWARE) LP, MC** § | | |
| **CREDIT FUND III LP, ARENA** § | | |
| **LIMITED SPV, LLC, TAO TALENTS,** § | | |
| **LLC, SIXTH STREET SPECIALTY** § | | |
| **LENDING, INC., PRUDENTIAL LEGACY** § | | |
| **INSURANCE COMPANY OF NEW** § | | |
| **JERSEY, THE PRUDENTIAL** § | | |
| **INSURANCE COMPANY OF AMERICA,** § | | |
| **LOAN ADMIN CO., LLC, MD ADMIN** § | | |
| **CO., LLC, ROBERT WARSHAUER, and** § | | |
| **DONALD RITTER** § | | |

## SCHEDULING ORDER

---

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's Federal tax identification number, as applicable, are as follows: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5943), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5478), MD America Pipeline, LLC and MD America Finance Corporation (8321). Debtors' headquarters is: 301 Commerce Street, Suite 2500, Fort Worth, Texas 76102

10813978

It is hereby ORDERED THAT:

1. Debtors will produce the corporate governance documents agreed upon by the parties by 5:00 pm on November 9, 2020.

2. Defendants' responsive pleadings, answers and counterclaims shall be filed by November 10, 2020 by 5:00 p.m.  If Defendants file any counterclaims, the parties will seek an emergency status conference to discuss modifications, if any to this scheduling order.

3. Plaintiff will serve its preliminary witness designations by 5:00 p.m. on November 10, 2020, however, Plaintiff may submit supplemental witness designations by 5:00 p.m. on November 11, 2020 after review of Defendants' responsive pleadings.  Plaintiff will serve and file its final witness designations on November 16, 2020 by 10:00 a.m.  Plaintiff may not add witnesses in its final designations that were not identified in its preliminary witness designations.

4. Defendants will serve their preliminary witness designations by 5:00 p.m. on November 11, 2020.  Defendants will serve and file their final witness designations on November 17, 2020 by 10:00 a.m.  Defendants may not add witnesses in their final designations that were not identified in their preliminary witness designations.

5. Plaintiff and Defendants shall file their exhibit lists, and exchange electronic copies of each exhibit, by 10:00 am on November 17, 2020.

6. The parties' trial briefs shall be filed by November 13, 2020 at 11:00 p.m.  Reply briefs will be filed by November 17, 2020 at 5:00 p.m.  The Court will not consider late filed briefs.

7. The parties will exchange their proposed stipulations of fact by November 13, 2020 at 11:00 p.m.  Any objections to the proposed stipulations will be exchanged by November 16, 2020 at 10:00 a.m.  The parties shall file a Joint Stipulation of Facts by November 18, 2020.

8. The discovery, dates and deadlines in this Order pertain solely to the above-captioned adversary proceeding and shall not include plan-related issues or discovery, which issues and discovery shall be separately addressed in the main case at the appropriate time.

9. Trial in this matter shall be held in Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas on November 19, 2020 at 10:00 A.M. (Central time).

10. Any changes in this schedule will only be made by further order of the Court, either orally at a hearing or in writing. Motions to extend these deadlines will be granted only for good cause beyond the control of the lawyers or parties in very limited circumstances.

**SIGNED:** _____

_____
**THE HONORABLE DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

10813978

**AGREED AS TO FORM AND SUBSTANCE:**

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTTY, P.C.**

By: */s/ Jeff C. Wiggington, Jr.*
    Jarrod B. Martin (TX 24070221)
    Jeff C. Wiggington, Jr. (TX 24057521)
    Tyler W. Greenwood (S.D. Tex. 3575083)
    1200 Smith Street, Suite 1400
    Houston, Texas 77002
    Telephone: 713-356-1280
    Facsimile: 713-658-2553
    Jarrod.martin@chamberlainlaw.com
    Jeff.wiggington@chamberlaimlaw.com
    Tyler.greenwood@chamberlainlaw.com

**BECKER & POLIAKOFF, LLP**

    Samantha S. Lesser (pro hac vice)
    James J. Mahon (pro hac vice)
    45 Broadway, 17th Floor
    New York, New York 10006
    Telephone: 212-599-3322
    salesser@beckerlawyers.com
    jmahon@beckerlawyers.com

*Counsel for Plaintiff*

**PORTER HEDGES, LLP**

By: */s/ Heather K. Hatfield*
    John F. Higgins (TX 09597500)
    Heather K. Hatfield (TX 24050730)
    R. Blake Runions (TX 24060533)
    M. Shane Johnson (TX 24083263)
    1000 Main Street, 36th Floor
    Houston, Texas 77002
    Telephone: (713) 226-6000
    Facsimile: (713) 226-6248
    jhiggins@porterhedges.com
    hhatfield@porterhedges.com
    brunions@porterhedges.com
    sjohnson@porterhedges.com

*Counsel for Debtors*

**DLA PIPER LLP (US)**

By: */s/ Jeffrey D. Rotenberg*
    Noah M. Schottenstein (TX 24100661)
    1900 North Pearl Street, Suite 2200
    Dallas, Texas 75201
    Phone: 214-743-4500
    Jeffrey D. Rotenberg (pro hac vice)
    Rachel Ehrlich Albanese (pro hac vice)
    1251 Avenue of the Americas
    New York, New York 10020-1104
    Phone: (212) 335-4500
    Noah.schottenstein@us.dlapiper.com
    jeffrey.rotenberg@us.dlapiper.com
    Rachel.albanese@ us.dlapiper.com

*Counsel for Defendant Loan Admin Co LLC*


**VINSON & ELKINS LLP**

By: */s/ Matt Moran*
    Steven M. Abramowitz (pro hac vice)
    Steve Zundell (pro hac vice)
    1114 Avenue of the Americas
    New York, New York 10036
    Telephone: 212-237-0000
    sabramowitz@velaw.com
    Matt Moran (24002642)
    2001 Ross Avenue, Suite 3900
    Dallas, Texas 75201
    Telephone: 214-220-7723
    Facsimile: 214-999-7723
    mmoran@velaw.com

*Counsel for Defendants Ad Hoc Group of Prepetition Noteholders*