ENTERED
11/17/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MD America Energy, LLC, *et al.*,**[1] | § | **Case No. 20-034966 (DRJ)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

| | | |
|---|---|---|
| **MEIDU AMERICA, INC.** | § | |
| | § | |
| **v.** | § | **Adversary No. 20-03456** |
| | § | |
| **MD AMERICA ENERGY** | § | |
| **HOLDINGS, INC.,** | § | |
| **MD AMERICA INTERMEDIATE** | § | |
| **HOLDINGS, LLC,** | § | |
| **MD AMERICA HOLDINGS, LLC,** | § | |
| **MD AMERICA ENERGY, LLC,** | § | |
| **MD AMERICA PIPELINE, LLC,** | § | |
| **MD AMERICA FINANCE** | § | |
| **CORPORATION,** | § | |
| **MC CREDIT FUND I LP,** | § | |
| **MC CREDIT IA LP,** | § | |
| **MC CREDIT FUND II LP,** | § | |
| **MC CREDIT FUND III** | § | |
| **(DELAWARE) LP,** | § | |
| **MC CREDIT FUND III-U** | § | |
| **(DELAWARE) LP,** | § | |
| **MC CREDIT FUND III LP,** | § | |
| **ARENA LIMITED SPV, LLC,** | § | |
| **TAO TALENTS, LLC,** | § | |
| **SIXTH STREET SPECIALTY** | § | |
| **LENDING, INC.,** | § | |
| **PRUDENTIAL LEGACY INSURANCE** | § | |

---

[1] The Debtors ("Debtors") in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5493), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5478), MD America Pipeline, LLC and MD America Finance Corporation (8321). Debtors' headquarters is: 301 Commerce Street, Suite 2500 Fort Worth, Texas 76102.

| | |
|---|---|
| **COMPANY OF NEW JERSEY,** | § |
| **THE PRUDENTIAL INSURANCE** | § |
| **COMPANY OF AMERICA,** | § |
| **LOAN ADMIN CO., LLC, MD** | § |
| **ROBERT WARSHAUER, and** | § |
| **DONALD RITTER** | § |

(Docket No. 37)

**JOINT STIPULATION OF DISMISSAL AND AGREED ORDER**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Meidu America, Inc. ("Meidu America") and Defendants Robert Warshauer and Donald Ritter (collectively, "Board Defendants") hereby file this Joint Stipulation of Dismissal and Agreed Order with prejudice to all claims in Meidu America's Adversary Complaint (Dkt. No. 1) (the "Adversary Complaint") against the Board Defendants and hereby stipulate as follows:

**WHEREAS**, on November 3, 2020, Meidu America filed the Adversary Complaint in this jointly administered Chapter 11 bankruptcy case captioned No. 20-34966 (DRJ).

**WHEREAS** Meidu America seeks declarations that:

- "by filing for bankruptcy, the Defendants exceeded their authority under the relevant agreements and Article 9 by authorizing and engaging in a course of action to dispose of secured collateral in a manner other than (i) a commercially reasonable sale or (ii) strict foreclosure." (Dkt. No. 1. ¶ 68.)

- "the relevant agreements and Lenders' actions to date (either directly or through their agents) are void as to public policy to the extent it deprived Debtors from being able to initiate and control the course of their own bankruptcy." (Dkt. No. 1 ¶ 69.)

**WHEREAS** Meidu America named the Board Defendants as parties to ensure that any relief sought or obtained from the other Defendants named in the Adversary Complaint would be fully enforceable.

**WHEREAS,** if the above-styled adversary proceeding is dismissed with prejudice as to the Board Defendants, the Board Defendants agree to be bound by any declaratory judgment described above entered by the Court against the other Defendants in the Adversary Complaint.

**WHEREAS** Meidu America and the Board Defendants hereby stipulate to dismissal of all claims against the Board Defendants in this adversary proceeding with prejudice.

**NOW, THEREFORE, IT IS STIPULATED, AGREED, AND ORDERED** as follows:

The Adversary Complaint is dismissed with prejudice as to the Board Defendants pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, with the parties to bear their own costs and expenses.

**Signed: November 17, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

Dated: November 12, 2020

Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*/s/ Noelle M. Reed*
Noelle M. Reed
Texas Bar No. 24044211
Kenneth P. Held
Texas Bar No. 24030333
1000 Louisiana Street, Suite 6800
Houston, Texas 77002
Telephone: (713) 655-5100
Facsimile: (713) 655-5200
Email: noelle.reed@skadden.com
Email: kenneth.held@skadden.com

**COUNSEL FOR ROBERT WARSHAUER AND DONALD RITTER**

-and-

**CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & AUGHTRY, P.C.**

*/s/ Jarrod B. Martin*
Jarrod B. Martin
Texas Bar No. 24070221
Tyler W. Greenwood
Florida Bar No. 1011325
Jeff C. Wigginton, Jr.
Texas State Bar No. 24057521
1200 Smith Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 356-1280
Facsimile: (713) 658-2553
Email: jarrod.martin@chamberlainlaw.com
Email: tyler.greenwood@chaberlainlaw.com
Email: jeff.wigginton@chamberlainlaw.com

**BECKER & POLIAKOFF, LLP**

*/s/ Samantha A. Lesser*
Samantha A. Lesser, *Pro Hac Vice*
James J. Mahon, *Pro Hac Vice*
45 Broadway, 17th Floor
New York, New York 10006
Telephone: (212) 599-3322
Facsimile: (212) 557-0295
Email: salesser@beckerlawyers.com
Email: jmahon@beckerlawyers.com

**COUNSEL FOR MEIDU AMERICA, INC.**