**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **MD America Energy, LLC, et al.**[1]**,** | § | **Case No. 20-34966 (DRJ)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |
| **MEIDU AMERICA, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **v.** | § | **Adversary No. 20-03456** |
| | § | |
| **MD AMERICA ENERGY HOLDINGS, INC., et al.,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT PRETRIAL STATEMENT

While not required under the Scheduling Order dated November 6, 2020, Plaintiff MeiDu America, Inc. ("**Plaintiff**") and Defendants MD America Energy Holdings, Inc., MD America Intermediate Holdings, LLC, MD America Holdings, LLC, MD America Energy, LLC, MD America Pipeline, LLC, and MD America Finance Corporation, (collectively "**Debtor Defendants**"), and MC Credit Fund I LP, MC Credit IA (Cayman Master) LP, MC Credit Fund II LP, MC Credit Fund III (Delaware) LP, MC Credit Fund III-U (Delaware) LP, MC Credit Fund III (Cayman Master) LP, Arena Limited SPV, LLC, TAO Talents, LLC, TPG Specialty Lending, Inc., K/N/A Sixth Street Specialty Lending, Inc., Prudential Legacy Insurance Company of New Jersey, The Prudential Insurance Company of America, Loan Admin Co LLC, and MD Admin Co LLC (collectively, "**Lender Defendants**") submit the following Joint Pretrial Statement to assist

[1] The Debtors in the chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5493), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5478), MD America Pipeline, LLC and MD America Finance Corporation (8321). Debtors' headquarters is: 301 Commerce Street, Suite 2500 Fort Worth, Texas 76102.

the Court with the multitude of pleadings and documents that have been filed on the docket leading up to trial (all docket references are to this Adversary Proceeding Docket):

**FILED DOCUMENTS**

1. A Joint Stipulation of Agreed Facts is found at Dkt. No. 65.

2. Plaintiff's Exhibit List is found at Dkt. Nos. 49, 50 and 55.

3. Defendants' Exhibit List is found at Dkt. No. 46.

4. Defendants' sealed exhibits 84 – 86 are found at Dkt. No. 47.

5. Defendants' Motion to Seal is found at Dkt. No. 48.

6. Defendants' Supplemental Exhibit List is found at Dkt. No. 58.

7. Plaintiff's Final Witness List is found at Dkt. No. 54.

8. Debtor Defendants' Final Witness List is found at Dkt. No. 56.

9. Lender Defendants' Final Witness List is found at Dkt. No. 57.

10. Plaintiff's Trial Brief is found at Dkt. No. 44.

11. Debtor Defendants' Trial Brief is found at Dkt. No. 42.

12. Lender Defendants' Trial Brief is found at Dkt. No. 43.

13. Plaintiff's Omnibus Reply Trial Brief is found at Dkt. No. 64.

14. Debtor Defendants' Reply Brief is found at Dkt. No. 61.

15. Lender Defendants' Reply Brief is found at Dkt. No. 60.

**EXHIBITS**

16. The parties have conferred and agreed to the admission of the following exhibits:

Plaintiff's Exhibits:

- 1-15 [Dkt. Nos. 49-1–49-17; 50-1–50-2]
- 22 [Dk. No. 51]
- 23-30 [Dkt. Nos. 50-10–50-13; 55-1–55-6]

Defendants' Exhibits:

| | |
|---|---|
| • 1-19 | [Dkt. Nos. 46-1–46-19] |
| • 22-71 | [Dkt. Nos. 46-22–46-71] |
| • 73-80 | [Dkt. Nos. 46-73–46-80] |
| • 82-83 | [Dkt. Nos. 46-82–46-83] |
| • 85 | [Dkt. No. 47-2] |
| • 94 | [Dkt. No. 46-94] |
| • 96-98 | [Dkt. Nos. 46-96–46-98] |
| • 101-106 | [Dkt. Nos. 58-1–58-6] |

**ESTIMATED TRIAL TIME**

17. The parties estimate trial will take approximately six (6) hours.

*[Remainder of Page Intentionally Blank]*

Dated: November 18, 2020


**CHAMBERLAIN HRDLICKA**

By: /s/ Jarrod B. Martin

Jarrod B. Martin
Texas Bar No. 24070221
Jeff C. Wigginton, Jr.
Texas Bar No. 24057521
Tyler W. Greenwood
Florida Bar No. 1011325
S.D. Tex. Bar No. 3575083
1200 Smith Street, Suite 1400
Houston, TX 77002
P: 713-356-1280
F: 713-658-2553
E: jarrod.martin@chamberlainlaw.com
E: jeff.wigginton@chamberlainlaw.com
E: tyler.greenwood@chamberlainlaw.com

**BECKER & POLIAKOFF, LLP**

Samantha A. Lesser
James J. Mahon
Becker & Poliakoff, LLP
45 Broadway, 17th Floor
New York, NY 10006
212-599-3322
SaLesser@beckerlawyers.com
JMahon@beckerlawyers.com

***Counsel for MeiDu America, Inc.***

**PORTER HEDGES LLP**

By: */s/ John F. Higgins*

John F. Higgins (TX 09597500)
Heather K. Hatfield (TX 24050730)
R. Blake Runions (TX 24060533)
M. Shane Johnson (TX 24083263)
Jamie L. Godsey (TX 24097741)
Andrew B. Raber (TX 24063730)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
hhatfield@porterhedges.com
brunions@porterhedges.com
sjohnson@porterhedges.com
jgodsey@porterhedges.com
araber@porterhedges.com

***Proposed Counsel for Debtors and Debtors in Possession***

**DLA PIPER LLP (US)**

By: */s/ Noah M. Scottenstein*
Noah M. Schottenstein (TX 24100661)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Phone: 214-743-4500
Jeffrey D. Rotenberg (pro hac vice)
Rachel Ehrlich Albanese (pro hac vice)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Noah.schottenstein@us.dlapiper.com
jeffrey.rotenberg@us.dlapiper.com
Rachel.albanese@ us.dlapiper.com

***Counsel for Defendant Loan Admin Co LLC***

| | |
|---|---|
| | **VINSON & ELKINS LLP**<br><br>By: */s/ Christopher Duffy*<br>Christopher Duffy (pro hac vice)<br>Steven M. Abramowitz (pro hac vice)<br>Steve Zundell (pro hac vice)<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: 212-237-0000<br>cduffy@velaw.com<br>sabramowitz@velaw.com<br><br>Matt Moran (24002642)<br>2001 Ross Avenue, Suite 3900<br>Dallas, Texas 75201<br>Telephone: 214-220-7723<br>Facsimile: 214-999-7723<br>mmoran@velaw.com<br><br>***Counsel for Defendants Ad Hoc Group of Prepetition Noteholders*** |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 18, 2020, a true and correct copy of the foregoing Notice was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Jarrod B. Martin*
Jarrod B. Martin