ENTERED
12/08/2020

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **MD AMERICA ENERGY, LLC, *et al.*,** **Debtors.**[1] | § | **Case No. 20-34966 (DRJ)** |
| | § | **(Jointly Administered)** |
| **MEIDU AMERICA, INC,** **Plaintiff,** | § | **Adv. Proc. No. 20-03456 (DRJ)** |
| **v.** | § | |
| **MD AMERICA ENERGY HOLDINGS, INC., *et al.*,** **Defendants.** | § | |

**JUDGMENT**

[Relates to Adv. Docket No. 1 and Main Case Docket No. 130]

For the reasons set forth in the Findings of Fact and Conclusions of Law issued on this date after the trial in this action on November 19, 2020, judgment is granted in favor of the Ad Hoc

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are as follows: MD America Energy, LLC (0164), MD America Energy Holdings, Inc. (5493), MD America Intermediate Holdings, LLC (3204), MD America Holdings, LLC (5748), MD America Pipeline, LLC, and MD America Finance Corporation (8321). The address of the Debtors' headquarters is: 301 Commerce Street, Suite 2500 Fort Worth, Texas 76102.

Group of Prepetition Term Loan Lender Defendants[2] and the Lender Agent Defendants,[3] and the Debtors, and against Plaintiff MeiDu America, Inc. This is a final judgment disposing of all of MeiDu America, Inc.'s claims asserted in this adversary proceeding.

**Signed: December 08, 2020.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

---

[2] The "Ad Hoc Group of Prepetition Term Loan Lender Defendants" means MC Credit Fund I LP, MC Credit IA (Cayman Master) LP, MC Credit Fund II LP, MC Credit Fund III (Delaware) LP, MC Credit Fund III-U (Delaware) LP, MC Credit Fund III (Cayman Master) LP, Arena Limited SPV, LLC, TAO Talents, LLC, TPG Specialty Lending, Inc., K/N/A Sixth Street Specialty Lending, Inc., Prudential Legacy Insurance Company of New Jersey, and The Prudential Insurance Company of America.

[3] The "Lender Agent Defendants" are Loan Admin Co LLC and MD Admin Co. LLC.

Dated: December 1, 2020

AGREED TO IN FORM AND SUBSTANCE:

**PORTER HEDGES LLP**

By: */s/ John F. Higgins*

John F. Higgins (TX 09597500)
Heather K. Hatfield (TX 24050730)
R. Blake Runions (TX 24060533)
M. Shane Johnson (TX 24083263)
Jamie L. Godsey (TX 24097741)
Andrew B. Raber (TX 24063730)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
hhatfield@porterhedges.com
brunions@porterhedges.com
sjohnson@porterhedges.com
jgodsey@porterhedges.com
araber@porterhedges.com

*Counsel for Debtors and Debtors in Possession*

**DLA PIPER LLP (US)**

By: */s/ Jeffrey D. Rotenberg*

Noah M. Schottenstein (TX 24100661)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Phone: 214-743-4500
Jeffrey D. Rotenberg (pro hac vice)
Rachel Ehrlich Albanese (pro hac vice)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
Noah.schottenstein@us.dlapiper.com
jeffrey.rotenberg@us.dlapiper.com
Rachel.albanese@ us.dlapiper.com

*Counsel for Defendant Loan Admin Co LLC*

**VINSON & ELKINS LLP**

By: */s/ Matt Moran*
Christopher Duffy (pro hac vice)
Steven M. Abramowitz (pro hac vice)
Steve Zundell (pro hac vice)
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-237-0000
cduffy@velaw.com
sabramowitz@velaw.com

Matt Moran (24002642)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: 214-220-7723
Facsimile: 214-999-7723
mmoran@velaw.com

*Counsel for Defendants Ad Hoc Group of Prepetition Noteholders*

## CERTIFICATE OF CONFERENCE

I certify that the Debtors' counsel submitted a draft of this Judgment to Jarrod Martin, counsel for Plaintiff MeiDu America, Inc. ("MeiDu Inc."). On December 1, 2020, counsel for MeiDu Inc. stated he did not have authority to agree to the Judgment as "Agreed."

/s/ *R. Blake Runions*
R. Blake Runions

## CERTIFICATE OF SERVICE

I certify that on December 1, 2020, I caused a copy of the foregoing document to be served via ECF.

/s/ *R. Blake Runions*
R. Blake Runions