**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **MD AMERICA ENERGY, LLC, *et al.*, Debtors.**[1] | § | **Case No. 20-34966 (DRJ)** |
| | § | **(Jointly Administered)** |
| **MEIDU AMERICA, INC,** | § | |
| **Plaintiff,** | § | **Adv. Proc. No. 20-03456 (DRJ)** |
| **v.** | § | |
| **MD AMERICA ENERGY HOLDINGS, INC., *et al.,*** | § | |
| **Defendants.** | § | |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN, that Appellant MeiDu America, Inc. by and through its undersigned counsel files this Notice of Appeal, pursuant to Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure.

Specifically, MeiDu America Inc. appeals to the United States District Court for the Southern District of Texas this Court's Final Judgment of December 8th 2020 [Dkt. 80 in the Adversary Proceeding] on (1) all causes of action and requests for relief in the Complaint of Plaintiff MeiDu America, Inc. ("Plaintiff" or "MeiDu America") [Adv. Docket No. 1], a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference, and (2) MeiDu America's Challenges to the Court's *Final Order (I) Authorizing Use of Cash Collateral; (II)*

[1] The Debtors in these chapter 11 cases are as follows: MD America Energy, LLC, MD America Energy Holdings, Inc., MD America Intermediate Holdings, LLC, MD America Holdings, LLC, MD America Pipeline, LLC, and MD America Finance Corporation.

*Granting Adequate Protection for the Use Thereof; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Main Case 20-34966, Docket No. 130] (the "Cash Collateral Order"), and the related Findings of Fact and Conclusions of Law [Dkt. 79 in the Adversary Proceeding] (attached hereto as Exhibit "B" and incorporated herein by reference, and any adverse orders, rulings, decrees, decisions, or opinions subsumed therein).

**Part 1: Identify the appellant**

1. Name(s) of appellant:

   MeiDu America, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   Parent and equity owner

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order or decree appealed from:

   Final Judgment [Dkt. 80 in the Adversary Proceeding] and Findings of Fact and Conclusions of Law [Dkt. 79 in the Adversary Proceeding] on (1) all causes of action and requests for relief in the Complaint of Plaintiff MeiDu America, Inc. ("Plaintiff" or "MeiDu America") [Adv. Docket No. 1] and (2) MeiDu America's Challenges to the Court's *Final Order (I) Authorizing Use of Cash Collateral; (II) Granting Adequate Protection for the Use Thereof; (III) Modifying the Automatic Stay; and (IV) Granting Related Relief* [Main Case 20-34966, Docket No. 130] (the "Cash Collateral Order"), and any adverse orders, rulings, decrees, decisions, or opinions subsumed therein. The Final Judgment and the Findings of Fact and Conclusions of Law are attached hereto as Exhibits A and B.

2. State the date on which the judgment, order, or decree was entered:

   December 8, 2020

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Appellant:** MeiDu America, Inc.

   Attorneys for Appellant:

   Lewis T. LeClair
   McKool Smith, P.C.
   300 Crescent Ct., Suite 1500
   Dallas, Texas 75201
   Telephone: (214)978-4984
   lleclair@mckoolsmith.com

   John J. Sparacino
   Kristin L. Leveille
   McKool Smith, P.C.
   600 Travis St., Suite 7000
   Houston, Texas 77002
   jsparacino@mckoolsmith.com
   kleveille@mckoolsmith.com

2. **Debtors:**

   **MD AMERICA ENERGY HOLDINGS, INC., MD AMERICA INTERMEDIATE HOLDINGS, LLC, MD AMERICA HOLDINGS, LLC, MD AMERICA ENERGY, LLC, MD AMERICA PIPELINE, LLC, MD AMERICA FINANCE CORPORATION**

   Attorneys for Debtors:

   John F. Higgins (TX 09597500)
   Heather K. Hatfield (TX 24083263)
   R. Blake Runions (TX 2460533)
   M. Shane Johnson (TX 24083263)
   Jamie L. Godsey (TX 24097741)
   Andrew B. Raber (TX 24063730)
   **PORTER HEDGES LLP**
   1000 Main Street, 36th Floor
   Houston, Texas 77002
   Telephone: (713) 226-6000
   Facsimile: (713) 226-6248
   jhiggins@porterhedges.com
   hhatfield@porterhedges.com
   brunions@porterhedges.com
   sjohnson@porterhedges.com
   jgodsey@porterhedges.com
   araber@porterhedges.com

3. **Interested Party:**

**Ad Hoc Group of Pre-Petition Lenders**

**MC Credit Fund I LP, MC Credit IA (Cayman Master) LP, MC Credit Fund II LP, MC Credit Fund III (Delaware) LP, MC Credit Fund III-U (Delaware) LP, MC Credit Fund III (Cayman Master) LP, Arena Limited SPV, LLC, TAO Talents, LLC, TPG Specialty Lending, Inc., K/N/A Sixth Street Specialty Lending, Inc., Prudential Legacy Insurance Company of New Jersey, and The Prudential Insurance Company of America**
Counsel for the Ad Hoc Group of Pre-Petition Lenders:

**VINSON & ELKINS LLP**
Harry A. Perrin (TX 15796800)
Matthew W. Moran (TX 24002642)
2001 Ross Avenue, Suite 3900
Dallas, Texas 75201
Telephone: 214-220-7723
Facsimile: 214-999-7723
mmoran@velaw.com

Steven M. Abramowitz (admitted pro hac vice)
Christopher E. Duffy (admitted pro hac vice)
Steven Zundell (admitted pro hac vice)
1114 Avenue of the Americas
New York, New York 10036
Telephone: 212-237-0000
sabramowitz@velaw.com
cduffy@velaw.com
szundell@velaw.com

**Interested Party**

**Lender Agent Defendants:**

**Loan Admin Co LLC and MD Admin Co. LLC.**

**DLA PIPER LLP (US)**
Noah M. Schottenstein (TX 24100661)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Phone: 214-743-4500
Noah.schottenstein@us.dlapiper.com

Jeffrey D. Rotenberg (admitted pro hac vice)
Rachel Ehrlich Albanese (admitted pro hac vice)
1251 Avenue of the Americas
New York, New York 10020-1104
Phone: (212) 335-4500
jeffrey.rotenberg@us.dlapiper.com
rachel.albanese@us.dlapiper.com

Dated: December 21, 2020

Respectfully submitted,

**McKOOL SMITH, P.C.**

By: */s/ Lewis T. LeClair*
Lewis T. LeClair
Texas State Bar No. 12072500
300 Crescent Ct., Suite 1500
Dallas, Texas 75201
(214)978-4984
lleclair@mckoolsmith.com

John J. Sparacino
Kristin L. Leveille
McKool Smith, P.C.
600 Travis St., Suite 7000
Houston, Texas 77002
jsparacino@mckoolsmith.com
kleveille@mckoolsmith.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2020, a true and correct copy of the foregoing document was served upon all parties via ECF transmission who are authorized to receive electronic notice in this proceeding.

*/s/ Lewis T. LeClair*
Lewis T. LeClair