United
Sout
E
M
Nath
ENTERED
03/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**In re:**

**MD AMERICA ENERGY, LLC, *et al.*,**
**Debtors.**[1]

**MEIDU AMERICA, INC,**
**Plaintiff,**

**v.**

**MD AMERICA ENERGY HOLDINGS, INC., *et al.*,**
**Defendants.**

**Honorable Vanessa Gilmore**
**Civil Action No. 20-cv-4333**
**Bankruptcy Case No. 20-34966**

**Adversary Proceeding No. 20-3456**

## ORDER DISMISSING APPEAL WITH PREJUDICE

The Court having been presented with the Unopposed Motion of the Appellant Meidu America, Inc. ("Meidu") for dismissal of the appeal filed in this matter with prejudice, and the court being fully advised, it is hereby ORDERED that Meidu's appeal is hereby dismissed with prejudice, with each party to bear its own costs.

SIGNED March 23___, 2021

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE