United
Sout
E
M
Nath
ENTERED
03/24/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:**<br><br>**MD AMERICA ENERGY, LLC, *et al.*,**<br>**Debtors.**[1] | §<br>§<br>§<br>§<br>§<br>§ | |
| **MEIDU AMERICA, INC,**<br>**Plaintiff,**<br><br>**v.**<br><br>**MD AMERICA ENERGY HOLDINGS, INC., *et al.*,**<br>**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Honorable Vanessa Gilmore**<br>**Civil Action No. 20-cv-4333**<br>**Bankruptcy Case No. 20-34966**<br><br>**Adversary Proceeding No. 20-3456** |

## ORDER DISMISSING APPEAL WITH PREJUDICE

The Court having been presented with the Unopposed Motion of the Appellant Meidu America, Inc. ("Meidu") for dismissal of the appeal filed in this matter with prejudice, and the court being fully advised, it is hereby ORDERED that Meidu's appeal is hereby dismissed with prejudice, with each party to bear its own costs.

SIGNED March 23, 2021

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

United States Bankruptcy Court
Southern District of Texas

Meidu America, Inc.,
Plaintiff
MD America Energy Holdings, Inc.,
Defendant

Adv. Proc. No. 20-03456-drj

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: hcar | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: pdf111 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Arena Limited SPV, LLC, c/o VCorp Services, LLC, 1013 Centre Road, Suite 403-B, Wilmington, DE 19805-1270 |
| dft | + | Donald Ritter, 3517 Pinehurst Circle, Dallas, TX 75234-3834 |
| dft | + | Loan Admin Co., LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit Fund I, LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit Fund II, LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit Fund III (Delaware), LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit Fund III, LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit Fund III-U (Delaware), LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MC Credit IA, LP, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MD Admin Co., LLC, c/o Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808-1674 |
| dft | + | MD America Energy Holdings, Inc., c/o Cogency Global, Inc, 850 New Burton Road, Suite 201, Dover, DE 19904-5786 |
| dft | + | MD America Energy, LLC, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1196 |
| dft | + | MD America Finance Corporation, c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801-1196 |
| dft | + | MD America Holdings, LLC, c/o Cogency Global, Inc., 850 New Burton Road, Suite 201, Dover, DE 19904-5786 |
| dft | + | MD America Intermediate Holdings, LLC, c/o Cogency Global, Inc., ., 850 New Burton Road, Suite 201, Dover, DE 19904-5786 |
| dft | + | MD America Pipeline, LLC, c/o MD America Energy, LLC, 301 Commerce Street, Suite 2150, Fort Worth, TX 76102-4123 |
| pla | + | Meidu America, Inc., c/o Jarrod B. Martin, Chamberlain Hrdlicka, 1200 Smith Street, Suite 1400, Houston, TX 77002-4496 |
| dft | + | Prudential Legacy Insurance Company of New Jersey, c/o Carl A. Peterson, 23 Main Street, Holmdel, NJ 07733-2136 |
| dft | | Robert Warshauer, at 370 Fairhaven Boulevard, Woodbury, NY 11797-1628 |
| dft | + | TAO Talents, LLC, c/o Maple Fiduciary Services (Delaware), 4001 Kennett Pike, Suite 302, Wilmington, DE 19807-2039 |
| dft | + | TPG Specialty Lending, Inc., k/n/a Sixth Street Sp, c/o Maple Fiduciary Services (Delaware), 4001 Kennett Pike, Suite 302, Wilmington, DE 19807-2039 |
| dft | + | The Prudential Insurance Company Of America, c/o Margaret M. Foran, 751 Broad Street, Newark, NJ 07102-3754 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Ad Hoc Group of Prepetition Term Loan Lenders |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Harry Allen Perrin | on behalf of Defendant Ad Hoc Group of Prepetition Term Loan Lenders hperrin@velaw.com thawkins@velaw.com;roconnor@velaw.com |
| Jarrod B. Martin | on behalf of Plaintiff Meidu America Inc. jarrod.martin@chamberlainlaw.com, Lara.Coleman@chamberlainlaw.com;atty_jmartin@bluestylus.com;3012436420@filings.docketbird.com |
| Jeff Carl Wigginton, Jr | on behalf of Plaintiff Meidu America Inc. jeff.wigginton@chamberlainlaw.com |
| John F Higgins, IV | on behalf of Defendant MD America Energy Holdings Inc. jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant MD America Finance Corporation jhiggins@porterhedges.com emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant MD America Pipeline LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant MD America Holdings LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant MD America Intermediate Holdings LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John F Higgins, IV | on behalf of Defendant MD America Energy LLC jhiggins@porterhedges.com, emoreland@porterhedges.com;eliana-garfias-8561@ecf.pacerpro.com;mwebb@porterhedges.com |
| John James Sparacino | on behalf of Plaintiff Meidu America Inc. jsparacino@mckoolsmith.com, jcharles@mckoolsmith.com;ajohns@mckoolsmith.com;john-sparacino-7086@ecf.pacerpro.com |
| Noelle M Reed | on behalf of Defendant Donald Ritter noelle.reed@skadden.com daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com |
| Noelle M Reed | on behalf of Defendant Robert Warshauer noelle.reed@skadden.com daniel.mayerfeld@skadden.com;dockethouston@skadden.com;rachel.redman@skadden.com;wendy.lamanna@skadden.com;andrea.bates@skadden.com |
| Tyler William Greenwood | on behalf of Plaintiff Meidu America Inc. tyler.greenwood@chamberlainlaw.com |

TOTAL: 13